May 13, 2005

Mr. Jorge C. Rangel
The Rangel Law Firm, P.C.
615 Upper N. Broadway, Suite 2020
Corpus Christi, TX 78403-2683
Mr. Francisco J. Rodriguez
Rodriguez Tovar & De Los Santos, LLP
1111 West Nolana
McAllen, TX 78504-3747

RE: Case Number: 03-0897
 Court of Appeals Number: 13-01-00009-CV
 Trial Court Number: C-246-94-A

Style: HAGGAR CLOTHING COMPANY A/K/A HAGGAR APPAREL COMPANY
 v.
 ALTAGRACIA HERNANDEZ

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Petitioner's Motion,
in the alternative to its Petition for Review, to Modify the Judgment to
Reflect the Proper Post-Judgment Interest Rate is dismissed as moot.
(Justice Johnson not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn |
| |Ms. Pauline G. |
| |Gonzalez |